McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-136 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALONZO LOPEZ-VALDIVIA, RAMON ELADIO CHAIDEZ-AISPURO, ULISES LOPEZ-PACHECO, RAMIRO LOPEZ-PACHECO, and MARTIN ALBERTO MACIAS, | DATE: October 10, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 10, 2019.

2. By this stipulation, defendants now move to continue the status conference until December 12, 2019, and to exclude time between October 10, 2019, and December 12, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 800 pages of investigative reports and other documents, more than 25,000 photographs, and video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for defendants desire additional time to review this discovery and discuss it with their clients, to conduct investigation, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 10, 2019 to December 12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 3, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: October 3, 2019

/s/ Christopher R. Cosca
Christopher R. Cosca
Counsel for Defendant
ALONZO LOPEZ-VALDIVIA

Dated: October 3, 2019 /s/ Michael E. Hansen
Michael E. Hansen
Counsel for Defendant
RAMON ELADIO CHAIDEZ-AISPURO

Dated: October 3, 2019 /s/ David D. Fischer
David D. Fischer
Counsel for Defendant
ULISES LOPEZ-PACHECO

Dated: October 3, 2019 /s/ Clemente Jimenez
Clemente Jimenez
Counsel for Defendant
RAMIRO LOPEZ-PACHECO

Dated: October 3, 2019 /s/ Christina Sinha
Christina Sinha
Counsel for Defendant
MARTIN ALBERTO MACIAS

**ORDER**

IT IS SO ORDERED.

Dated: October 7, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE