McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00136-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALONZO LOPEZ-VALDIVIA, RAMON ELADIO CHAIDEZ-AISPURO, ULISES LOPEZ-PACHECO, and MARTIN ALBERTO MACIAS, | DATE: January 23, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 11, 2019.

2. On December 3, 2019, the Court issued a minute order continuing the December 11, 2019 status conference to January 23, 2020, on the Court's own motion and due to the unavailability of the Judge. The minute order "encouraged [the parties] to file a Notice of Exclusion of Time if amenable."

3. By this stipulation, the parties now move to exclude time between December 11, 2019, and January 23, 2020, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 800 pages of investigative reports and other documents, more than 25,000

photographs, and video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendants need the additional time between December 11, 2019 and January 23, 2020 to review this discovery and discuss it with their clients, to conduct investigation, and to otherwise prepare for trial.

  c) Based on the above-stated findings, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2019 to January 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 4, 2019        McGREGOR W. SCOTT
                       United States Attorney

                        /s/ DAVID W. SPENCER
                        DAVID W. SPENCER
                        Assistant United States Attorney

Dated: December 4, 2019        /s/ Christopher R. Cosca
                        Christopher R. Cosca
                        Counsel for Defendant
                        ALONZO LOPEZ-VALDIVIA

Dated: December 4, 2019        /s/ Michael E. Hansen
                        Michael E. Hansen
                        Counsel for Defendant
                        RAMON ELADIO CHAIDEZ-
                        AISPURO

Dated: December 4, 2019        /s/ David D. Fischer
                        David D. Fischer
                        Counsel for Defendant
                        ULISES LOPEZ-PACHECO

Dated: December 4, 2019                              /s/ Christina Sinha
                                                     Christina Sinha
                                                     Counsel for Defendant
                                                     MARTIN ALBERTO MACIAS

**ORDER**

IT IS SO ORDERED.

Dated: December 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE