McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00136-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALONZO LOPEZ-VALDIVIA, and MARTIN ALBERTO MACIAS, | DATE: January 23, 2020 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on January 23, 2020.

2.      On December 30, 2019, the Court issued a minute order continuing the January 23, 2020 status conference to June 4, 2020, on the Court's own motion and due to the unavailability of the Judge. The minute order "encouraged [the parties] to file a Notice of Exclusion of Time if amenable." Docket No. 28.

3.      By this stipulation, the parties now move to exclude time between January 23, 2020, and June 4, 2020, under Local Code T4.

4.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes more than 800 pages of investigative reports and other documents, more than 25,000 photographs, and video and audio recordings. All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.

b)  Counsel for defendants need the additional time between January 23, 2020 and June 4, 2020 to review this discovery and discuss it with their clients, to conduct investigation, and to otherwise prepare for trial.

c)  Based on the above-stated findings, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2020 to June 4, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

5.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 9, 2020

McGREGOR W. SCOTT
United States Attorney


/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  January 9, 2020

/s/ Christopher R. Cosca
Christopher R. Cosca
Counsel for Defendant
ALONZO LOPEZ-VALDIVIA

Dated:  January 9, 2020

/s/ Christina Sinha
Christina Sinha
Counsel for Defendant
MARTIN ALBERTO MACIAS

**ORDER**

IT IS SO ORDERED.

DATED:  January 24, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT