McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ALONZO LOPEZ-VALDIVIA,<br><br>                    Defendant. | CASE NO. 2:19-CR-00136-MCE<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 11, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on June 4, 2020.

2.  On May 18, 2020, the Court issued a minute order continuing the June 4, 2020 status conference to June 11, 2020, on the Court's own motion. The minute order "encouraged [the parties] to file a Notice of Exclusion of Time if amenable." Docket No. 56.

3.  By this stipulation, the parties now move to continue the June 11, 2020 status conference to August 6, 2020, and to exclude time between June 4, 2020, and August 6, 2020, under Local Code T4.

4.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes more than 800 pages of investigative reports and other documents, more than 25,000

photographs, and video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)  Counsel for defendant needs the additional time between June 4, 2020 and August 6, 2020 to review this discovery, to consult with his client regarding case strategy, to conduct investigation, and to otherwise prepare for trial.

   c)  Based on the above-stated findings, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2020 to August 6, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON THE NEXT PAGE]**

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 10, 2020                             McGREGOR W. SCOTT
                                                                      United States Attorney


                                                                      /s/ DAVID W. SPENCER
                                                                      DAVID W. SPENCER
                                                                      Assistant United States Attorney


Dated:  June 10, 2020                             /s/ Christopher R. Cosca
                                                                      Christopher R. Cosca
                                                                      Counsel for Defendant
                                                                      ALONZO LOPEZ-VALDIVIA

**ORDER**

IT IS SO ORDERED.

Dated:  June 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT                    3